UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| RICHARDS, KENDRA L., | : | |
| Debtor | : | CASE NO. 1:14-bk-05963-RNO |
| | : | |

**TRUSTEE'S TRANSMITTAL OF UNCLAIMED FUNDS TO CLERK**

John P. Neblett, the duly appointed Chapter 7 trustee in the above-referenced bankruptcy case, reports the following:

1. Ninety days have passed since the final distribution under 11 U.S.C. §726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The name of the person to whom such an un-negotiated distribution check was issued, the amount of such check, and last address is:

> Check No. 105 for $46.13 to:
> McConnellsburg VFC.
> PO Box 726
> New Cumberland, PA 17070

2. Your Trustee's check for 46.13, payable to the Clerk of the Court, is attached.

3. Nothing further remains to be done in this case.

Dated: January 28, 2016            Respectfully submitted,

/s/ John P. Neblett
John P. Neblett
P.A. I.D. No. 80036
P.O. Box 490
Reedsville, PA 17084
717.667.7185
jpn@neblettlaw.com